| | AUSA: | Kathryn Boyles | Telephone: (313) 226-9556 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Meghan E. Howe | Telephone: (313) 559-4958 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Cirilo HERNANDEZ RUIZ

Case No. Case: 2:25-mj-30503
Assigned To : Unassigned
Assign. Date : 8/11/2025
Description: CMP USA V. HERNANDEZ RUIZ (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 9, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a)(2) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about August 9, 2025, in the Eastern District of Michigan, Southern Division, Cirilo HERNANDEZ RUIZ, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about November 5, 2024 at or near Nogales, Arizona, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a)(2).

☑ Continued on the attached sheet.

_Meghan Howe_
Complainant's signature

Meghan E. Howe, CBP Officer
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: August 11, 2025

City and state: Detroit, MI

_Kim J Altm_
Judge's signature

Kimberly Altman, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Meghan E. Howe, declare the following under penalty of perjury:

1. I am an Officer with the United States Department of Homeland Security (DHS), Customs and Border Protection (CBP). I have been employed with the same for over sixteen years. During my career as a law enforcement officer, I have been involved in various investigations and arrests concerning the re-entry of removed aliens and I have received extensive training in this area.

2. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include CBP Officers, and database record checks. I have not included every fact known to law enforcement related to this investigation.

3. Cirilo HERNANDEZ RUIZ is a twenty-one-year-old citizen and a native of Mexico who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

4. In the evening of August 9, 2025, CBP Officers encountered HERNANDEZ RUIZ in a California-plated vehicle at a primary inspection lane at the Ambassador Bridge in Detroit, Michigan after he made a wrong turn and was denied admission to enter Canada. CBP Officers escorted HERNANDEZ RUIZ to secondary inspection for further review of his immigration status in the United States.

5. HERNANDEZ RUIZ's fingerprints were captured and searched in the law enforcement and immigration databases. The fingerprints returned with a positive match for Cirilo HERNANDEZ RUIZ, a native and citizen of Mexico who had previously been removed from the United States, as detailed below.

6. On or about May 22, 2021, United States Border Patrol (USBP) Agents arrested HERNANDEZ RUIZ at or near Sasabe, Arizona for being present in the United States without have been inspected and admitted or paroled by an immigration officer. Based on his age on the date of his apprehension, USBP Agents granted HERNANDEZ RUIZ a voluntary return to Mexico the same day.

7. On or about January 24, 2024, HERNANDEZ RUIZ was arrested and charged with misdemeanor Domestic Battery, in violation of California Penal Code

1

Section 243(e)(1), by the Torrence, California Police Department. On January 25, 2024, HERNANDEZ RUIZ was released from jail for lack of sufficient evidence.

8. On or about September 8, 2024, USBP Agents arrested HERNANDEZ RUIZ at or near Lukeville, Arizona and served him with a Form I-860, Expedited Removal. On or about September 10, 2024, USBP removed HERNANDEZ RUIZ to Mexico via Nogales, Arizona.

9. On or about October 6, 2024, USBP Agents arrested HERNANDEZ RUIZ at or near Sells, Arizona and served him with a Form I-871, Notice of Intent/Decision to Reinstate Prior Removal.

10. On or about October 8, 2024, HERNANDEZ RUIZ was charged by criminal complaint in the United States District Court for the District of Arizona for Unlawful Reentry Following Removal from the United States, in violation of Title 8, United States Code, Section 1326(a), and Improper Entry by Alien, in violation of Title 8, United States Code, Section 1325(a)(1).

11. On October 24, 2024, HERNANEZ RUIZ pled guilty to Improper Entry by Alien, in violation of 8 U.S.C. § 1325(a)(1) and was sentenced to 30 days imprisonment, with credit for time served.

12. On or about November 5, 2024, HERNANDEZ RUIZ was removed from the United States to Mexico via Nogales, Arizona.

13. Based on these records checks, CBP Officers arrested and detained HERNANDEZ RUIZ for administrative processing of reinstatement of his prior removal order.

14. The arrest and subsequent detention of HERNANDEZ RUIZ was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

15. CBP Officers advised HERNANDEZ RUIZ of his Miranda rights, which he acknowledged and waived, and agreed to answer questions. HERNANDEZ RUIZ admitted that he is a citizen and national of Mexico who was previously

removed from the United States to Mexico on two prior occasions. He freely admitted that he entered the United States without having been inspected and admitted or paroled and was not in possession of any valid visa or immigration document. HERNANDEZ RUIZ claimed to be unmarried with no children with a last known address in California. HERNANDEZ RUIZ claimed to be traveling from California to New York to find work when he made a wrong turn and accidently entered Canada.

16. A review of HERNANDEZ-RUIZ's immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that HERNANDEZ RUIZ did not obtain the express permission or consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on November 5, 2024.

17. Based on the above information, I believe there is probable cause to conclude that Cirlio HERNANDEZ RUIZ is an alien who has previously been removed from the United States on or about November 5, 2024, at or near Noglas, Arizona and was thereafter found in the United States on or about August 9, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a)(2).

_____
Meghan E. Howe, Officer
U.S. Customs and Border Protection

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Kimberly Altman
United States Magistrate Judge

Date: August 11, 2025